UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| SYNCHRONY BANK | § | |
| | § | |
| v. | § | CIVIL CASE NO. 4:21-CV-563-SDJ |
| | § | |
| BARBARA SHAUNFIELD | § | |

**MEMORANDUM ADOPTING REPORT AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the Report and Recommendation of the United States Magistrate Judge ("Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On September 2, 2021, the Report of the Magistrate Judge, (Dkt. #8), was entered containing proposed findings of fact and recommendations that Plaintiff Synchrony Bank's Motion to Remand, (Dkt. #6), be granted. Having assessed the Report and the record in this case, and no objections to the Report having been timely filed, the Court determines that the Magistrate Judge's Report should be adopted.

It is therefore **ORDERED** that Plaintiff's Motion to Remand (Dkt. #6) is **GRANTED**, and that the above captioned case is hereby **REMANDED** to the Justice Court, Precinct 3 of Collin County, Texas for further proceedings.

It is further **ORDERED** that Defendant's Motion to Dismiss (Dkt. #3) is **DENIED** as moot.

So ORDERED and SIGNED this 4th day of October, 2021.

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE